**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-7741

———————

COY RAY PHELPS,

Plaintiff - Appellant,

versus

ANGELA WALDEN WEAVER; CHARLES GRIFFIN;
CHARLENE HARRIS; ROBERT LUCKING, Dr.; ARTHUR
BEELER; BRUCE CAPEHART, Dr.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-04-439-1)

———————

Submitted:  January 27, 2005       Decided:  February 7, 2005

———————

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Coy Ray Phelps, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Coy Ray Phelps appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. Our review of the record and the district court's order adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Phelps v. Weaver</u>, No. CA-04-439-1 (M.D.N.C. Oct. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>